IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK EUGENE CONNALLY,**<br><br>                   Petitioner,<br><br>    v.<br><br>**D.K. SISTO,**<br><br>                   Respondent. | No. CIV.S-07-2134 FCD DAD P<br><br>**ORDER** |

Respondent has requested an extension of time to file a response to the Petition for Writ of Habeas Corpus. GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby granted a thirty-day extension of time, to and including January 26, 2008, to file a response to the Petition for Writ of Habeas Corpus.

DATED: December 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/conn2134.111