IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re PATRICK EUGENE CONNALLY,<br><br>                     Petitioner,<br>v.<br><br>D. K. SISTO,<br>                     Respondent. | Case No.  2:07-CV-02134-MMS<br><br>ORDER |

     On April 7, 2009, this case was stayed pending the outcome of the en banc decision in *Hayward v. Marshall*. The Ninth Circuit has issued its opinion in this case. *See Hayward v. Marshall*, – F.3d –, 2010 WL 1664977, (9th Cir. 2010) (en banc). The parties are directed to file simultaneous memoranda within thirty (30) days of this order on the applicability of *Hayward* to the pending petition. Briefs shall not exceed 2,000 words.

     DATED:     June 1, 2010

                                                         /s/ *Mary M. Schroeder*
                                                        MARY M. SCHROEDER,
                                                        United States Circuit Judge
                                                        Sitting by designation