**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re PATRICK EUGENE CONNALLY,<br><br>　　　　　　　　　Petitioner,<br>v.<br><br>D. K. SISTO,<br>　　　　　　　　　Respondent. | Case No. 2:07-CV-02134-MMS<br><br>ORDER TO SHOW CAUSE |

　　　Respondent, on August 24, 2010, filed a Motion to Dismiss Petitioner Patrick Eugene Connally's Petition for Habeas Corpus as moot because Petitioner has been released on parole and thus has received the relief he seeks.

　　　Petitioner is directed to show cause within thirty (30) days of the date of this order, why Respondent's motion to dismiss the Petition as moot should not be granted. In the event no response is filed, the Petition will be dismissed.

1     DATED:    September 2, 2010

                                                 /s/ *Mary M. Schroeder*
                                                 MARY M. SCHROEDER,
                                                 United States Circuit Judge
                                                 Sitting by designation