1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10                  **SACRAMENTO DIVISION**
11
12  In re PATRICK EUGENE CONNALLY,      )      Case No.  2:07-CV-02134-MMS
                                        )
13                      Petitioner,     )      ORDER TO SHOW CAUSE
    v.                                  )
14                                      )
    D. K. SISTO,                        )
15                      Respondent.     )
    _____ )
16
17
18          Petitioner is directed to show cause within thirty (30) days of the date of this
19  order, why this court should not summarily dismiss the petition in light of the
20  Supreme Court's recent decision in *Swarthout v. Cooke*, 562 U.S. ---- (2011), No.
21  10-333, 2011 WL 197627 (Jan. 24, 2011). In the event no response is filed, the
22  Petition will be dismissed.
          DATED:        February 28, 2011
23
24
                                        /s/ *Mary M. Schroeder*
25                                      MARY M. SCHROEDER,
                                        United States Circuit Judge
26                                      Sitting by designation
27
28